UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE LOWINGER,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | No.  2:22-cv-00963 CKD (SS)<br><br><br>ORDER |

Plaintiff, proceeding pro se, has not paid the fee ordinarily required to file an action in this court, and has filed an incomplete application to proceed without prepayment of fees.  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff states he receives $1,141.00 per month in wages but has left the rest of the form blank, including sections concerning other sources of income, regular expenses, and dependents.  (ECF No. 2.)  Additionally, the form was signed on January 6, 2022, six months before the filing date of this action, and may not reflect his current financial status. Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within fourteen days from the date of this order, either a completed application and affidavit in support of his request to proceed in forma pauperis on the

form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

    2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.

Dated:  June 8, 2022

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/lowinger963.ss.ifp_incomplete