UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE LOWINGER,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No.  2:22–cv–000963-CKD (SS)<br><br><u>ORDER GRANTING IFP AND DIRECTING E-SERVICE</u> |

Presently pending before the court is plaintiff's second motion for leave to proceed in forma pauperis.  <u>See</u> 28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or security" by a person that is unable to pay such fees).[1]  (ECF No. 4.) While plaintiff's earlier motion will be denied for incompleteness (<u>see</u> ECF Nos. 2 & 3), plaintiff has submitted the required affidavit, which demonstrates an inability to prepay fees and costs or give security for them.  Accordingly, IT IS HEREBY ORDERED that:

   1.   Plaintiff's first request to proceed in forma pauperis (ECF No. 2) is denied for incompleteness;

   2.   Plaintiff's second request to proceed in forma pauperis (ECF No. 4) is granted;

---

[1] Actions involving review of Social Security decisions are referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

1

3. The Clerk of Court is directed to issue a summons for this case;

4. In keeping with the court's new e-service procedure for Social Security cases,[2] service on the defendant Commissioner of Social Security Administration shall proceed under the court's E-Service program as follows. Once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint. The Commissioner has agreed not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order. This order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure; and

5. The Clerk of the Court is directed to serve the undersigned's scheduling order in social security cases.

Dated: July 5, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/lowinger963.ss.ifp.e-service

---

[2] http://www.caed.uscourts.gov/caednew/index.cfm/news/new-social-security-case-procedures-effective-after-june-15-2021/

2