UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE LOWINGER,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:22–cv–00963 KJM CKD<br><br>ORDER |

Plaintiff, proceeding without counsel and in forma pauperis, has requested review of a Social Security or Supplemental Social Security Income ("SSI") decision. (ECF No. 1.) On April 28, 2023, the magistrate judge filed findings and recommendations, which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 17.)

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED:

1. The April 28, 2023 findings and recommendations (ECF No. 17) are adopted in full.
2. Plaintiff's request for hearing (ECF No. 18) is denied.
3. Defendant's motion for remand (ECF No. 13) is granted.
4. The Clerk of Court shall enter a final judgment in favor of plaintiff, and against defendant, reversing the final decision of the Commissioner and remanding for further proceedings as follows:

    > On remand, the Appeals Council will direct the [ALJ] to reevaluate the denial of Plaintiff's request for reconsideration and whether Plaintiff had good cause for late filing, in accordance with 20 C.F.R. §§ 404.909(b)3 and 404.9114. If good cause is found, the ALJ will consider whether the determination of Plaintiff's January 10, 2019 application became administratively final and whether reopening is warranted. As appropriate, the ALJ will conduct further administrative proceedings and will address the substance of Plaintiff's appeals.

5. The Clerk of Court shall close this case.

DATED: July 11, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE